UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------

PEMSTAR, Inc., a Minnesota Corporation,

Plaintiff,

vs.

Singapore Technologies PTE Ltd., a Singapore Corporation,

Defendant.

-----------------------------------------------------

Civil No. 01-1665 DSD/JMM

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that all defendants may and shall have until Friday, November 30, 2001, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

DATED: November 16, 2001

WINTHROP & WEINSTINE, P.A.

By [signature]
Steven C. Tourek (#110565)
Kenneth A. Prine (#291377)
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600
Attorneys for Plaintiff

NOV 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: November 16, 2001

FAEGRE & BENSON LLP

By ______________________
Thomas L. Kimer (#55736)
Rikke Dierssen-Morice (#237826)
Robert W. Vaccaro (#313750)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: 11/20, 2001

BY THE COURT:

______________________

M2:20409966.01