UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PEMSTAR, INC.,
a Minnesota Corporation

CIVIL NO. 01-1665 (DSD/JMM)

Plaintiff,

v.

ORDER

SINGAPORE TECHNOLOGIES PTE LTD.,
a Singapore Corporation,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated March 6, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [Docket Nos. 7 and 14] is granted, and Plaintiff's Complaint [Docket No. 1] may be, and hereby is, dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 4/18/02

DAVID S. DOTY
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK